Donald Jageman
LAW OFFICE OF DONALD JAGEMAN
P. O. Box 1124, Twain Harte, CA 95383
Attorney(s) for:

Plaintiff MICHAEL KERN

FILED

MAR 05 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Plaintiff(s)
MICHAEL KERN

v.

Defendant(s)
STATE FARM

NO. CIV. S- 1-14-CV-01580-KJM-GSA

STIPULATION AND ORDER TO ELECT
REFERRAL OF ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP)
PURSUANT TO LOCAL RULE 271

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: March 5, 2015

_____
Attorney(s) for Plaintiff(s)
MICHAEL KERN

_____
Attorney(s) for Defendant(s)
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

IT IS SO ORDERED.
DATED: 3/5/15

_____
UNITED STATES DISTRICT COURT JUDGE

Rev. 12/09